IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| KEVIN DEMETRIUS HOWARD and FIVE MINOR CHILDREN C.A.H., K.M.H., P.G.H., S.P.H., and I.R.H., <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) CV 121-118 ) ) ) ) ) ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** the Motion to Show Cause, (doc. no. 18), and **DISMISSES** Plaintiffs C.A.H., K.M.H., P.G.H., S.P.H., and I.R.H from this case.

SO ORDERED this 22nd day of November, 2021, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA