IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| KEVIN DEMETRIUS HOWARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 121-118 |
| | ) | |
| THE UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 45.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** as **MOOT** the motion for default, (doc. no. 42), **DENIES** as **MOOT** the motion to dismiss the State of South Carolina, (doc. no. 41-1), and **DISMISSES** without prejudice Defendants the State of Georgia, Unnamed Members of the Augusta Joint C.A.V.E. Task Force, the State of South Carolina, and the Georgia Department of Human Services and all of Plaintiff's claims against them for failure to timely effect service.

SO ORDERED this 15th day of April, 2022, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA